# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1934
_____

JORDAN PAUL TESTA,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


November 14, 2024


PER CURIAM.

DISMISSED.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rudolph C. "Rusty" Shepard, Jr., Elizabeth A. Peskin, William A. Gunter V, Robin E. Myers, and Madeline McClaran of Shepard Law, Panama City, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.